Argued and submitted December 7, 1994, affirmed January 4, petition for review
denied April 4, 1995 (320 Or 749)

In the Matter of the Compensation of
Frances C. Johnson, Claimant.

LEGACY HEALTH SYSTEMS,
*Petitioner,*

*v.*

Frances C. JOHNSON,
*Respondent.*

(92-15069; CA A83208)

887 P2d 394

Jerald P. Keene argued the cause for petitioner. With him on the brief was Roberts, Reinisch, Mackenzie, Healey & Wilson, P.C.

Kimberley Chaput argued the cause for respondent. With her on the brief was Pozzi, Wilson, Atchison, O'Leary & Conboy.

Before Richardson, Chief Judge,* and De Muniz and Leeson, Judges.

PER CURIAM

---

* Richardson, C. J., *vice* Rossman, P. J., retired.

## PER CURIAM

Employer seeks review of an order of the Workers' Compensation Board, contending that the Board erred in concluding that claimant is entitled to an award for both scheduled and unscheduled disability for her compensable injury. We have reviewed that Board's order and conclude that it is supported by substantial evidence and that the Board could properly make an award for both scheduled and unscheduled disability.

Employer also asserts that ORS 656.268(4)(g), under which the Board assessed a penalty against employer, is unconstitutional. Employer did not properly raise that argument before the Board, and we will not consider it for the first time on review.

Affirmed.